| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6960 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00457 JSW |
| Plaintiff, | ) ) | PARTIES' STIPULATION AND |
| v. | ) ) | [PROPOSED] ORDER SETTING STATUS CONFERENCE AND |
| PATRICK JENKINS, | ) ) | EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161(h)(8)(A) |
| Defendant. | ) ) ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter on August 11, 2005 for defendant's initial appearance before the Court.

2. At the August 11, 2005 initial appearance, Assistant Federal Public Defender Daniel Blank, who represents the defendant, requested a continuance based upon effective preparation of counsel. The court set a date for a status hearing for August 25, 2005, and the parties requested that the time period from August 11, 2005 to August 25, 2005 be excluded from the calculation of time under the Speedy Trial Act.

3. In light of the foregoing facts, the failure to grant the requested exclusion would

STIPULATION AND [PROPOSED] ORDER
No. CR 05 00457 JSW

1 unreasonably deny counsel for the defense the reasonable time necessary for effective
2 preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(A),
3 (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
4 These ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> §
5 3161(h)(8)(A).
6     4. For the reasons stated, the time period from August 11, 2005 through August 25, 2005
7 shall be excluded from the calculation of time under the Speedy Trial Act.
8     SO STIPULATED.

DATED: 8/11/05     KEVIN V. RYAN
United States Attorney

_____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 8/12/05     _____/s/_____
DANIEL BLANK
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 17, 2005

_____
HON. JEFFREY S. WHITE
United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER
No. CR 05 00457 JSW