FILED

AUG 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK JENKINS,<br><br>Defendants. | CR 05-0457 JSW (BZ)<br><br>[PROPOSED] ORDER |

TO:  UNITED STATES MARSHAL, NORTHERN DISTRICT OF CALIFORNIA
     WARDEN, FDC DUBLIN

Good cause appearing, IT IS HEREBY ORDERED THAT arrangements shall be made and accommodations provided to allow defendant Patrick Jenkins, currently in custody at FDC Dublin, to be evaluated by Peter Budlong of the Newbridge residential drug treatment program on Tuesday, August 23, 2005.

DATED: 19 Aug 05

BERNARD ZIMMERMAN
United States Magistrate Judge