| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6960 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00457 JSW |
| Plaintiff, | ) | |
| | ) | PARTIES' STIPULATION AND |
| v. | ) | [PROPOSED] ORDER SETTING |
| | ) | STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME PURSUANT TO |
| PATRICK JENKINS, | ) | 18 U.S.C. § 3161(h)(8)(A) |
| Defendant. | ) | |
| | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter on August 25, 2005 for a status hearing before the Court.

2. At the August 25, 2005 initial appearance, Assistant Federal Public Defender Daniel Blank, who represents the defendant, requested a continuance based upon effective preparation of counsel. The court set a date for a status hearing for the next available date, October 13, 2005, and the parties requested that the time period from August 25, 2005 to October 13, 2005 be excluded from the calculation of time under the Speedy Trial Act.

3. In light of the foregoing facts, the failure to grant the requested exclusion would

STIPULATION AND [PROPOSED] ORDER
No. CR 05 00457 JSW

unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from August 25, 2005 through October 13, 2005 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED:   8/25/05                              KEVIN V. RYAN
                                              United States Attorney


                                              _____/s/_____
                                              MICHELLE MORGAN-KELLY
                                              Assistant United States Attorney


DATED:   8/29/05                              _____/s/_____
                                              DANIEL BLANK
                                              Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: September 19, 2005                     _____
                                              HON. JEFFREY S. WHITE
                                              United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER
No. CR 05 00457 JSW