```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-6960
 7
    Attorneys for Plaintiff
 8
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05 00457 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PARTIES' STIPULATION AND |
| v. | ) | [PROPOSED] ORDER SETTING |
| | ) | STATUS CONFERENCE AND |
| PATRICK JENKINS, | ) | EXCLUDING TIME PURSUANT TO |
| | ) | 18 U.S.C. § 3161(h)(8)(A) |
| Defendant. | ) | |
| | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter on August 25, 2005 for a status hearing before the Court.

2. At the August 25, 2005 initial appearance, Assistant Federal Public Defender Daniel Blank, who represents the defendant, requested a continuance based upon effective preparation of counsel. The Court set a date for a status hearing for the next available date, October 13, 2005, and the Court excluded the time period from August 25, 2005 to October 13, 2005 from the calculation of time under the Speedy Trial Act.

3. On September 21, 2005, the Court continued the matter until October 27, 2005 due to the

STIPULATION AND [PROPOSED] ORDER
No. CR 05 00457 JSW

1 | Court's unavailability.

2 |     4. In light of the foregoing facts, the ends of justice would be served by the Court excluding
3 | the time period from October 13, 2005 through October 27, 2005. These ends outweigh the best
4 | interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

5 |     5. For the reasons stated, the time period from October 13, 2005 through October 27, 2005
6 | shall be excluded from the calculation of time under the Speedy Trial Act.

7 |     SO STIPULATED.

DATED: 10/24/05          KEVIN V. RYAN
                         United States Attorney


                         _____/s/_____
                         MICHELLE MORGAN-KELLY
                         Assistant United States Attorney


DATED: 10/24/05          _____/s/_____
                         DANIEL BLANK
                         Assistant Federal Public Defender


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: October 25, 2005  _____
                         HON. JEFFREY S. WHITE
                         United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER
No. CR 05 00457 JSW