| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6960 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00457 JSW |
| Plaintiff, | ) ) | PARTIES' STIPULATION AND |
| v. | ) ) | [~~PROPOSED~~] ORDER SETTING<br>STATUS CONFERENCE AND |
| PATRICK JENKINS, | ) ) | EXCLUDING TIME PURSUANT TO<br>18 U.S.C. §§ 3161(h)(1)(I), (5) and (8)(A) |
| Defendant. | ) ) ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter on October 27, 2005 for a status hearing before the Court.

2. At the October 27, 2005 initial appearance, Assistant Federal Public Defender Daniel Blank, who represents the defendant, requested a continuance in order to set a date for a plea hearing and in light of defendant's success in his drug treatment program, a six-month program in which defendant has participated for two months and which defendant wishes to complete prior to entering prison. The Court set a date for a change of plea on December 8, 2005 and indicated that the parties could submit a stipulated request to exclude time under the Speedy Trial

STIPULATION AND [~~PROPOSED~~] ORDER
No. CR 05 00457 JSW

|   |   |
|---|---|
| 1 | Act. |
| 2 | 3. The parties hereby stipulate and request that the time period from October 27, 2005 until |
| 3 | December 8, 2005 be excluded from the calculation of time under the Speedy Trial Act pursuant |
| 4 | to 18 U.S.C. §§ 3161(h)(1)(I), (5), and (8)(A). |

3. The parties hereby stipulate and request that the time period from October 27, 2005 until December 8, 2005 be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (5), and (8)(A).

4. In light of the foregoing facts, the ends of justice would be served by the Court excluding the time period from October 27, 2005 through December 8, 2005. These ends outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

5. For the reasons stated, the time period from October 27, 2005 through December 8, 2005 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 10/27/05

KEVIN V. RYAN
United States Attorney

_____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 10/31/05

_____/s/_____
DANIEL BLANK
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 1, 2005

_____
HON. JEFFREY S. WHITE
United States District Court

STIPULATION AND PROPOSED ORDER
No. CR 05 00457 JSW