BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK JENKINS, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05- 0457 JSW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

1  The defendant in the above-captioned matter is set to appear before the Court for a change of
2  plea on December 8, 2005, at 2:30 p.m. However, undersigned counsel for defendant will be out of
3  the country on that date. Accordingly, the parties jointly request and stipulate that the Court continue
4  the appearance to December 22, 2005, at 2:30 p.m. Time is excludable under the Speedy Trial Act
5  for continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).
6  IT IS SO STIPULATED.

7  KEVIN V. RYAN
   United States Attorney

9  DATED: November 15, 2005          _____/S/_____
                                      MICHELLE MORGAN-KELLY
10                                    Assistant United States Attorney

12 DATED: November 15, 2005          _____/S/_____
                                      DANIEL P. BLANK
13                                    Assistant Federal Public Defender
                                      Attorney for Patrick Jenkins

15 IT IS SO ORDERED.

16 DATED: November 17, 2005          _____
                                      JEFFREY S. WHITE
17                                    United States District Judge

STIP. & ~~PROP~~. ORDER EXCL. TIME          1